UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

**Shawn Joseph Barnes, Sr. and**
**Vanessa Thompson Barnes**

Soc. Sec. Nos. xxx-xx-6908 & xxx-xx-0528
Mailing Address: Post Office Box 15159, , Durham, NC 27704

Case No. 07-81621
Chapter 13

Debtors.

## ORDER SHORTENING TIME FOR NOTICE
## AND GRANTING EXPEDITED HEARING

**ON MOTION** of the Debtors pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for an order to shorten time for notice and for an expedited hearing on the **Motion to Incur Indebtedness** with Drive Time in an amount not to exceed $16,074.24, filed by the Debtors, and for good cause shown, it is

**ORDERED** that the motion for expedited hearing and to shorten time for notice be, and hereby is, allowed, and it is further

**ORDERED** that a hearing on the Debtors' **Motion to Incur Indebtedness** will be held in the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew St., Durham, North Carolina, 27701-3747, on the _____ day of _____, 200_, at _____ __.m.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
D U R H A M DIVISION

**Shawn Joseph Barnes, Sr. and
Vanessa Thompson Barnes**

Case No. 07-81621
Chapter 13

Soc. Sec. Nos. xxx-xx-6908 & xxx-xx-0528
Mailing Address: Post Office Box 15159, , Durham, NC 27704

Debtors.

# SERVICE LIST FOR
# ORDER SHORTENING TIME FOR NOTICE AND
# GRANTING EXPEDITED HEARING

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee | The Law Offices of John T. Orcutt, P.C.<br>Attorney for Debtors<br>6616-203 Six Forks Rd.<br>Raleigh, N.C. 27615 |
| Shawn Joseph Barnes, Sr. & Vanessa Thompson Barnes<br>Post Office Box 15159<br><br>Durham, NC 27704 | Michael West<br>Bankruptcy Administrator |
| Drive Time<br>**Financier**<br>3628 Capital Boulevard<br><br>Raleigh, NC 27604- | |
| All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims. ||