C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81621  C-13D |
| Shawn J. Barnes, Sr. | ) | |
| Vanessa T. Barnes | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTORS TO INCUR INDEBTEDNESS

On May 25, 2010, a hearing was held on the Motion by the Debtors for permission to borrow funds to purchase a replacement vehicle. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors; Richard M. Hutson II, Standing Trustee appeared; and no other party appeared or objected to the Debtors' Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to borrow funds for the purchase of a replacement vehicle is granted.

2. The Debtors are permitted to obtain financing from Drive Time Financial in the approximate amount of $16,074.24, payable with interest at an approximate rate of 18.73% per annum, and principal and interest payable in monthly installments of approximately $413.75 with said payments being on a pay direct basis.

3. The Debtors are authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. John T. Orcutt, Esq., counsel for the Debtors, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

# PARTIES IN INTEREST
## Page 1 of 1
### 07-81621 C-13D

Shawn J. Barnes, Sr.
Vanessa T. Barnes
PO Box 15159
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Drive Time Financial
3628 Capital Blvd.
Raleigh, NC 27604